IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civ. A. No.: 4:17-cv-1531 |
| | § | |
| DAVID R. DUNCAN and | § | |
| DENOS TRUCKING, LLC | § | |
| | § | |
| *Defendants.* | § | |

---

### INDEX OF MATTERS BEING FILED

---

As required under Local Rule 81, the following is an index of the documents being filed with Defendants' Notice of Removal in this action:

1.  Plaintiff's Original Petition;

2.  Plaintiff's First Amended Petition and all executed citations;

3.  Defendants' Original Answer and Jury Demand;

4.  Defendants' Objection to Plaintiff's Rule 193.7 Notice;

5.  Copy of the State Court Docket Sheet;

6.  This Index of Matters Being Filed; and

7.  A List of Counsel, including addresses, telephone numbers, and parties represented.

The state court from which this case is being removed has not signed any orders in this case as of the date of removal.

2/7/2017 4:06:37 PM
Chris Daniel - District Clerk Harris County
Envelope No. 15184573
By: Nelson Cuero
Filed: 2/7/2017 4:06:37 PM

NO. _____

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DAVID R. DUNCAN AND | § | |
| DENOS TRUCKING, LLC | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff Eugenia Mileykovskaya complains of Defendants David R. Duncan and Denos Trucking, LLC and shows the following:

#### Discovery Plan

1.    Plaintiff requests discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedures.

#### Parties

2.    Plaintiff Eugenia Mileykovskaya (TXDL#xxxxx415 and SS#xxx-xx-x965) is a resident citizen of Pearland, Harris County, Texas.

3.    Defendant David R. Duncan is a resident citizen of Washington, Tazewell County, Illinois and may be served with process by serving him through his employer's address located at 12216 Cheryl Court Street, St. Louis, Missouri 63128.

4.    Defendant Denos Trucking, LLC is a Missouri Limited Liability Corporation duly authorized to do business in the State of Texas and may be served by serving its registered agent David Duncan located at 12216 Cheryl Court Street, St. Louis, Missouri 63128.

#### Venue

5.    Venue is proper in Harris County, Texas because the cause of action occurred in Harris County, Texas.

Facts

6.      On December 23, 2016, Plaintiff was traveling Northbound on Highway 288 when Defendants failed to drive in a single lane and struck Plaintiff.  Plaintiff received serious injuries as a result.

7.      This suit is brought in accordance with the laws of the State of Texas for the recovery of damages that Plaintiffs are justly entitled to receive as compensation for the severe personal injuries sustained in an incident that occurred on the 23rd day of December 2016 in Harris County, Texas. Plaintiff's injuries and resulting damages were brought about to occur, directly and proximately, by reason of the Defendants' negligence.

8.      At the time of the incident, the individual involved in the control of the vehicle that made the basis of this lawsuit was an employee of Defendant Denos Trucking, LLC.  The acts of negligence committed by the employee arose directly out of and was done in prosecution of the business that he was employed to do by their employer, who is therefore liable under the *Doctrine of Respondeat Superior* for the negligent actions of its employees.

Allegations

9.      The Plaintiff's injuries and resulting damages were directly and proximately caused by the negligence of Defendants by:

      A.      Failing to drive in a single lane;

      B.      Failing to maintain a proper lookout;

      C.      Failing to maintain proper control of Defendants' vehicle; and

      D.      Failing to turn the vehicle to avoid the collision.

## Damages

10.   As a result of Defendants' conduct, Plaintiff was severely injured.  Plaintiff therefore seeks to recover those damages provided by law, which include:

   a.   Physical pain and mental anguish in the past, including the element of loss of enjoyment of life;

   b.   Physical pain and mental anguish in the future, including the element of loss of enjoyment of life;

   c.   Physical impairment in the past, including the element of loss of enjoyment of life;

   d.   Physical impairment in the future, including the element of loss of enjoyment of life;

   e.   Loss of earning capacity in the past;

   f.   Loss of earning capacity in the future;

   g.   Medical expenses in the past; and

   h.   Medical expenses in the future.

11.   Pursuant to Rule 47 of the Texas Rules of Civil Procedure, this claim seeks only monetary relief of over $100,000 but not more than $200,000.

## Documents

12.   Plaintiff hereby gives actual notice to each party that any and all documents produced during discovery may be used against the party, and may produce the document at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## Demand for Jury

13.   Plaintiff demands a trial by jury.

<u>Prayer</u>

Plaintiff requests that Defendants be cited to appear and answer, and that upon final trial, Plaintiff have judgment against Defendants for the full amount of her damages, with pre-judgment interest and post-judgment interest, for costs of Court, and for such other and further relief, special and general, at law and in equity, to which she may be entitled.

Respectfully submitted,

BY: _____

**BRIAN L. JENSEN**, #10643600
B. L. JENSEN, L.P.
6750 West Loop South, Suite 800
Bellaire, Texas 77401
(713) 224-5500
(713) 665-6818 Facsimile
bjensen@bjensenlaw.com
*Attorney for Plaintiff*

NO. 2017-08660

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| DAVID R. DUNCAN AND | § | |
| DENO'S TRUCKING, LLC | § | 80th JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

Plaintiff Eugenia Mileykovskaya complains of Defendants David R. Duncan and Deno's Trucking, LLC and shows the following:

### Discovery Plan

1.   Plaintiff requests discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedures.

### Parties

2.   Plaintiff Eugenia Mileykovskaya (TXDL#xxxxx415 and SS#xxx-xx-x965) is a resident citizen of Pearland, Harris County, Texas.

3.   Defendant David R. Duncan is a resident citizen of Washington, Tazewell County, Illinois, more specifically 9 Plymouth Court, Washington, Illinois 61571 and may be served through the Chairman of the Texas Transportation Commission, Tryon D. Lewis at 125 E. 11th Street, Austin, Texas 78701, as Defendant's agent for service because Defendant was a party to a collision or an accident while operating a motor vehicle in Texas.

4.   Defendant Deno's Trucking, LLC is a Missouri Limited Liability Corporation duly authorized to do business in the State of Texas with its registered agent David Duncan located at 12216 Cheryl Court Street, St. Louis, Missouri 63128 and may be served through the Chairman of the Texas Transportation Commission, Tryon D. Lewis at 125

E. 11th Street, Austin, Texas 78701, as Defendant's agent for service because Defendant was a party to a collision or an accident while operating a motor vehicle in Texas.

<u>Venue</u>

5.   Venue is proper in Harris County, Texas because the cause of action occurred in Harris County, Texas.

<u>Facts</u>

6.   On December 23, 2016, Plaintiff was traveling Northbound on Highway 288 when Defendants failed to drive in a single lane and struck Plaintiff.  Plaintiff received serious injuries as a result.

7.   This suit is brought in accordance with the laws of the State of Texas for the recovery of damages that Plaintiffs are justly entitled to receive as compensation for the severe personal injuries sustained in an incident that occurred on the 23rd day of December 2016 in Harris County, Texas. Plaintiff's injuries and resulting damages were brought about to occur, directly and proximately, by reason of the Defendants' negligence.

8.   At the time of the incident, the individual involved in the control of the vehicle that made the basis of this lawsuit was an employee of Defendant Deno's Trucking, LLC.  The acts of negligence committed by the employee arose directly out of and was done in prosecution of the business that he was employed to do by their employer, who is therefore liable under the *Doctrine of Respondeat Superior* for the negligent actions of its employees.

<u>Allegations</u>

9.     The Plaintiff's injuries and resulting damages were directly and proximately caused by

the negligence of Defendants by:

    A.     Failing to drive in a single lane;

    B.     Failing to maintain a proper lookout;

    C.     Failing to maintain proper control of Defendants' vehicle; and

    D.     Failing to turn the vehicle to avoid the collision.

<u>Damages</u>

10.    As a result of Defendants' conduct, Plaintiff was severely injured.  Plaintiff therefore seeks

to recover those damages provided by law, which include:

a.   Physical pain and mental anguish in the past, including the element of loss of enjoyment of life;

b.   Physical pain and mental anguish in the future, including the element of loss of enjoyment of life;

c.   Physical impairment in the past, including the element of loss of enjoyment of life;

d.   Physical impairment in the future, including the element of loss of enjoyment of life;

e.   Loss of earning capacity in the past;

f.   Loss of earning capacity in the future;

g.   Medical expenses in the past; and

h.   Medical expenses in the future.

11.    Pursuant to Rule 47 of the Texas Rules of Civil Procedure, this claim seeks only

monetary relief of over $100,000 but not more than $200,000.

### Documents

12.    Plaintiff hereby gives actual notice to each party that any and all documents produced during discovery may be used against the party, and may produce the document at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

### Demand for Jury

13.    Plaintiff demands a trial by jury.

### Prayer

Plaintiff requests that Defendants be cited to appear and answer, and that upon final trial, Plaintiff have judgment against Defendants for the full amount of her damages, with pre-judgment interest and post-judgment interest, for costs of Court, and for such other and further relief, special and general, at law and in equity, to which she may be entitled.

Respectfully submitted,

BY: _____
**BRIAN L. JENSEN**, #10643600
B. L. JENSEN, L.P.
6750 West Loop South, Suite 800
Bellaire, Texas 77401
(713) 224-5500
(713) 665-6818 Facsimile
bjensen@bjensenlaw.com
*Attorney for Plaintiff*

# CIVIL PROCESS REQUEST

> **FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
> **FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2017-08660     **CURRENT COURT:** 80th

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's First Amended Petition

**FILE DATE OF MOTION:** _____
                          Month/     Day/     Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: David R. Duncan

   ADDRESS: _____

   AGENT. (if applicable): Tryon D. Lewis, Chairman, Texas Transportation Commission

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation    125 E. 11th Street
                                                     Austin, Texas 78701-2483

   **SERVICE BY** (check one):
   - [ ] **ATTORNEY PICK-UP**           [ ] **CONSTABLE**
   - [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up:         Phone: _____
   - [ ] **MAIL**                [✓] **CERTIFIED MAIL**
   - [ ] **PUBLICATION:**
          Type of Publication:    [ ] **COURTHOUSE DOOR, or**
                             [ ] **NEWSPAPER OF YOUR CHOICE:** _____
   - [ ] **OTHER.** explain _____

   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: Deno's Trucking, LLC

   ADDRESS: _____

   AGENT. (if applicable): Tryon D. Lewis, Chairman, Texas Transportation Commission

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation    125 E. 11th Street
                                                     Austin, Texas 78701-2483

   **SERVICE BY** (check one):
   - [ ] **ATTORNEY PICK-UP**           [ ] **CONSTABLE**
   - [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
   - [ ] **MAIL**                [✓] **CERTIFIED MAIL**
   - [ ] **PUBLICATION:**
          Type of Publication:    [ ] **COURTHOUSE DOOR, or**
                             [ ] **NEWSPAPER OF YOUR CHOICE:** _____
   - [ ] **OTHER.** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Brian L. Jensen      TEXAS BAR NO./ID NO. 10643600

MAILING ADDRESS: 6750 West Loop South Ste 800, Bellaire TX 77401

PHONE NUMBER: (713) 224-5500      FAX NUMBER: (713) 665-6818
              area code   phone number                     area code   fax number

EMAIL ADDRESS: bjensen@bjensenlaw.com

CIVC100 Revised 4-7-99

7015  3430  0000  0851  9350

p.2

CAUSE NO. 201708660

RECEIPT NO.                                    75.00        CTM
**********                          TR # 73363733

PLAINTIFF: MILEYKOVSKAYA, EUGENIA              In The   80th
                    vs.                        Judicial District Court
DEFENDANT: DUNCAN, DAVID R                     of Harris County, Texas
                                               80TH DISTRICT COURT
                                               Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: DUNCAN, DAVID R BY SERVING
    THE TEXAS TRANSPORTATION COMMISSION - TRYON D LEWIS
    125 E 11TH ST AUSTIN TEXAS 78701-2483
    FORWARD TO

    9  PLYMOUTH COURT   WASHINGTON  IL  61571
    Attached is a copy of PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 11th day of April, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 18th day of April, 2017, under my hand and
seal of said Court.

Issued at request of:                          CHRIS DANIEL, District Clerk
JENSEN, BRIAN L.                               Harris County, Texas
6750  WEST LOOP SOUTH, STE 800                 201 Caroline, Houston, Texas 77002
BELLAIRE, TX  77401                            (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 224-5500
Bar No.: 10643600                              Generated By: TAYLOR, SHANELLE L   3VT//10657914

FILED
Chris Daniel
District Clerk

APR 1 8 2017

Time:_____
Harris County, Texas
By_____
Deputy

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____.M. on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____      copy(ies) of the
                                                                               Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____        _____

                      ___._ of _____  _____ County, Texas

_____            By _____
        Affiant                                Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                    _____
                                              Notary Public

N.INT.HWY.P

*73363733*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

7015 3430 0000 0851 7590

CAUSE NO. 201708660

RECEIPT NO.                           75.00      CTM
**********                    TR # 73363733

PLAINTIFF: MILEYKOVSKAYA, EUGENIA                In The    80th
                    vs.                          Judicial District Court
DEFENDANT: DUNCAN, DAVID R                       of Harris County, Texas
                                                 80TH DISTRICT COURT
                                                 Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: DUNCAN, DAVID R BY SERVING
    THE TEXAS TRANSPORTATION COMMISSION - TRYON D LEWIS
    125 E 11TH ST AUSTIN TEXAS 78701-2483
    FORWARD TO

    9 PLYMOUTH COURT   WASHINGTON  IL  61571

    Attached is a copy of PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 11th day of April, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 18th day of April, 2017, under my hand and
seal of said Court.

Issued at request of:                            CHRIS DANIEL, District Clerk
JENSEN, BRIAN L.                                 Harris County, Texas
6750 WEST LOOP SOUTH, STE 800                    201 Caroline, Houston, Texas 77002
BELLAIRE, TX  77401                              (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 224-5500
Bar No.: 10643600                                Generated By: TAYLOR, SHANELLE L   3VT//10657914

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M. on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____    copy(ies) of the
                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____                         _____

                                      _____ of _____ County, Texas

_____   By _____
            Affiant                                  Deputy

On this day, _____ _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                      _____
                                                  Notary Public

N.INT.HWY.P                    *73363733*

P1

2017·086660
80th Court

F I L E D
Chris Daniel
District Clerk

APR 25 2017

Time: _____
Harris County, Texas
By _____
Bonnie Lugo



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$                           3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$                           1.10

Total Postage                        7.50
$

Sent To     DUNCAN, DAVID
Street and A  C/O: THE TEXAS TRANSPORTATION COMMISSION
            TRYON D LEWIS
            125E 11TH ST
City, State, Z  AUSTIN TEXAS 78701-2483

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 3430 0000 0851 9350

RECEIVED
MR

APR 20 2017

Chris Daniel
District Clerk

SAM HOUSTON P.O.
APR 20 2017
HOUSTON TX 77002

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2017·08660
80th Court

P1

**F I L E D**
Chris Daniel
District Clerk

MAY 09 2017

Time: _____

By _____
Deputy

Harris County, Texas

Bonnie Lugo

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



2017· 08660          80th

DUNCAN, DAVID
C/O: THE TEXAS TRANSPORTATION COMMISSION -
TRYON D LEWIS
125E 11TH ST
AUSTIN TEXAS 78701-2483

9590 9402 1973 6123 3812 26

2. Article Number *(Transfer from service label)*

7015 3430 0000 0851 9350

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 25 2017

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

7015   3430 8000 0851 9343

CAUSE NO. 201708660

RECEIPT NO.                          75.00    CTM

**\*\*\*\*\*\*\*\*\*\***                      TR # 7336374S

PLAINTIFF: MILEYKOVSKAYA, EUGENIA                    In The   80th
                    vs.                              Judicial District Court
DEFENDANT: DUNCAN, DAVID R                           of Harris County, Texas
                                                     80TH DISTRICT COURT
                                                     Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: DENOS TRUCKING LLC (CORPORATION) BY SERVING
    THE TEXAS TRANSPORTATION COMMISSION - TRYON D LEWIS
    125 E 11TH ST AUSTIN TEXAS 78701-2483
    FORWARD TO ITS REGISTERED AGENT DAVID DUNCAN
    12216 CHERYL COURT STREET   ST LOUIS  MO  63128
    Attached is a copy of PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 11th day of April, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 18th day of April, 2017, under my hand and
seal of said Court.

Issued at request of:                               CHRIS DANIEL, District Clerk
JENSEN, BRIAN L.                                    Harris County, Texas
6750  WEST LOOP SOUTH, STE 800                      201 Caroline, Houston, Texas 77002
BELLAIRE, TX  77401                                 (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 224-5500
Bar No.: 10643600                                   Generated By: TAYLOR, SHANELLE L   3VT//10657914

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M. on the ____ day of _____ _____, ____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                                          Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____ _____, _____.

FEE: $_____                          _____

                                      _____ of _____ County, Texas

_____        By _____
        Affiant                              Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ _____, ____.

                                      _____

                                      Notary Public

N.INT.HWY.P              **\*73363746\***

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

FILED
Chris Daniel
District Clerk
APR 1 8 2017
Time: _____
Harris County, Texas
By _____
        Deputy

Unofficial Copy Office of Chris Daniel District Clerk

7015 3430 0000 0851 9343

CAUSE NO.   201708660

RECEIPT NO.                                      75.00     CTM
          **********                      TR # 73363746

PLAINTIFF: MILEYKOVSKAYA, EUGENIA                In The   80th
          vs.                                    Judicial District Court
DEFENDANT: DUNCAN, DAVID R                       of Harris County, Texas
                                                 80TH DISTRICT COURT
                                                 Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: DENOS TRUCKING LLC (CORPORATION) BY SERVING
    THE TEXAS TRANSPORTATION COMMISSION - TRYON D LEWIS
    125 E 11TH ST AUSTIN TEXAS 78701-2483
    FORWARD TO ITS REGISTERED AGENT DAVID DUNCAN

    12216  CHERYL COURT STREET   ST LOUIS  MO  63128

    Attached is a copy of PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 11th day of April, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 18th day of April, 2017, under my hand and
seal of said Court.

Issued at request of:                            CHRIS DANIEL, District Clerk
JENSEN, BRIAN L.                                 Harris County, Texas
6750  WEST LOOP SOUTH, STE 800                   201 Caroline, Houston, Texas 77002
BELLAIRE, TX  77401                              (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 224-5500
Bar No.: 10643600                                Generated By: TAYLOR, SHANELLE L   3VT//10657914

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M. on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____    copy(ies) of the
                                                                         Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____                           _____

                                       _____ of _____ County, Texas

_____       By _____
         Affiant                                      Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                       _____
                                                    Notary Public

N.INT.HWY.P                       *73363746*

  
P1

2017· 08660
80th Court

FILED
Chris Daniel
District Clerk

APR 25 2017

Time: _____
Harris County, Texas
By _____ Deputy
Bonnie Lugo

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

RECEIVED
CMR
APR 20 2017
Chris Daniel
District Clerk

| Certified Mail Fee | $ 3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 1.40 |
| Total Postage | $ 7.50 |

2017-08660    80th

Sent To    DENOS TRUCKING LLC
C/O: THE TEXAS TRANSPORTATION COMMISSION
TRYON D LEWIS
Street and ...    125E 11TH ST
City, State, ...    AUSTIN TEXAS 78701-2483

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 3430 0000 0850 4949

---

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Unofficial Copy Office of Chris Daniel District Clerk

2017·08660
80ᵗʰ Court

P1

**F I L E D**
**Chris Daniel**
**District Clerk**

MAY 09 2017

Time: _____
Harris County, Texas

By _____
Deputy

**Bonnie Lugo**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Randall Tod            APR 24 2017

1. Article Addressed to:

2017·08660      80 Yᵗʰ

DENOS TRUCKING LLC
C/O: THE TEXAS TRANSPORTATION COMMISSION
TRYON D LEWIS
125E 11TH ST
AUSTIN TEXAS 78701-2483

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No



9590 9402 1973 6123 3811 72

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7015 3430 0000 0851 9343

PS Form **3811**, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

5/15/2017 10:17:10 AM
Chris Daniel - District Clerk Harris County
Envelope No. 17020951
By: Shanelle Taylor
Filed: 5/15/2017 10:17:10 AM

CAUSE NO. 2017-08660

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| DAVID R. DUNCAN and DENOS | § | |
| TRUCKING, LLC | § | 80TH JUDICIAL DISTRICT |

---

### DEFENDANTS DAVID R. DUNCAN AND DENOS TRUCKING, LLC'S ORIGINAL ANSWER

---

Defendants David R. Duncan and Denos Trucking, LLC, file this Answer in response to Plaintiff's latest petition and would respectfully show as follows:

1.      Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants assert a general denial to the allegations in Plaintiff's latest petition.

2.      In the alternative, and without waiving the foregoing, Defendants would show Plaintiff Eugenia Mileykovskaya was contributorily negligent and such negligence proximately caused the occurrence in question. Defendants would show the occurrence and any damages sustained by Plaintiff Eugenia Mileykovskaya were the proximate result of her own failure to exercise ordinary care, and such failure constitutes comparative responsibility of at least fifty-one percent (51%). Under the provisions of Section 33.001 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, Plaintiff Eugenia Mileykovskaya is totally barred from recovery, or in the alternative, her recovery, if any, should be reduced in proportion to the percentage of negligence attributable to Plaintiff Eugenia Mileykovskaya.

3.     In the alternative, and without waiving the foregoing, Defendants would show the occurrence in question was proximately caused by the acts and/or omissions of third parties over whom Defendants had no right of control, and for whose acts and/or omissions Defendants are not legally responsible.

4.     In the alternative, and without waiving the foregoing, Defendants assert that a new and independent cause intervened between any alleged act or omission by David R. Duncan and/or Denos Trucking, LLC, and that this new and independent cause was a superseding and intervening cause of the injuries claimed by Plaintiff Eugenia Mileykovskaya rather than the original and more remote cause.

5.     In the alternative, and without waiving the foregoing, Defendants plead that Plaintiff's damages, if any, for medical or health care expenses are limited by Section 41.0105 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE.

6.     In the alternative, and without waiving the foregoing, Defendants would show that to the extent Plaintiff is seeking recovery for loss of earnings or loss of earning capacity, the limitations of Section 18.091 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE apply.

## PRAYER

Defendants David R. Duncan and Denos Trucking, LLC, respectfully pray that upon trial of this case the Court enter judgment in Defendants' favor, that Plaintiff Eugenia Mileykovskaya take nothing by reason of this suit, that Defendants recover their costs incurred herein, and that Defendants receive such further and other relief to which they are justly entitled.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, P.C.

Aaron Pool
SBN: 16115400
Robert E. Freehill
SBN: 24069023
3200 Southwest Freeway, Suite 2300
Houston, Texas  77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com
rfreehill@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS
DAVID R. DUNCAN AND
DENOS TRUCKING, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of May, 2017, a true and correct copy of the above and foregoing has been served by:

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☐facsimile transmission; ☒electronic transmission on the following counsel:

Brian L. Jensen
B.L. Jensen, L.P.
6750 West Loop South
Suite 800
Bellaire, Texas 77401
713.224.5500
713.665.6818 Facsimile
bjensen@bjensenlaw.com

_____
Aaron Pool

4

CAUSE NO. 2017-08660

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| DAVID R. DUNCAN and DENOS | § | |
| TRUCKING, LLC | § | 80TH JUDICIAL DISTRICT |

---

**DEFENDANTS DAVID R. DUNCAN AND DENOS TRUCKING, LLC'S
REQUEST FOR JURY TRIAL**

---

Pursuant to Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants David

R. Duncan and Denos Trucking, LLC, request a jury trial and tender the required jury

fee.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, P.C.

_____
Aaron Pool
SBN: 16115400
Robert E. Freehill
SBN: 24069023
3200 Southwest Freeway, Suite 2300
Houston, Texas  77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com
rfreehill@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS
DAVID R. DUNCAN AND
DENOS TRUCKING, LLC**

## CERTIFICATE OF SERVICE

**I hereby certify that, on the 15th day of May, 2017, a true and correct copy of the above and foregoing has been served by:**

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☐facsimile transmission; ☒electronic transmission on the following counsel:

Brian L. Jensen
B.L. Jensen, L.P.
6750 West Loop South
Suite 800
Bellaire, Texas 77401
713.224.5500
713.665.6818 Facsimile
bjensen@bjensenlaw.com

_____
Aaron Pool

2

5/16/2017 8:54:17 AM
Chris Daniel - District Clerk Harris County
Envelope No. 17044935
By: ALEX CASARES
Filed: 5/16/2017 8:54:17 AM

CAUSE NO. 2017-08660

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| DAVID R. DUNCAN and DENOS | § | |
| TRUCKING, LLC | § | 80TH JUDICIAL DISTRICT |

_____

**DEFENDANTS DAVID R. DUNCAN AND DENOS TRUCKING, LLC'S
OBJECTION TO PLAINTIFF'S RULE 193.7 NOTICE**
_____

TO:   Plaintiff, Eugenia Mileykovskaya, by and through her attorney of record, Brian L. Jensen, B.L. Jensen, L.P., 6750 West Loop South, Suite 800, Bellaire, TX 77401.

Pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants David R. Duncan and Denos Trucking, LLC, object to Plaintiff's improper attempt, without identifying any specific documents, to generically designate for authentication "documents" produced by any party at the time of trial without the need for further authentication as indicated in Paragraph 12 of Plaintiff's Original Petition.  Moreover, Defendants object to the authenticity of any such documents produced that are created by, or originated from, third parties.

To date, no discovery has been conducted and no documents have been exchanged by the parties.  Therefore, Plaintiff has not identified any specific documents she intends to use during pre-trial proceedings and at trial as contemplated by Rule 193.7.  Though Defendants do not yet know which specific documents Plaintiff intends to use in any pre-trial proceeding or at trial, Defendants file this objection pursuant to Rule 193.7 for the reasons set forth herein.

Defendants object to Plaintiff's generic designation because it does not comply with Rule 193.7.  Defendants object to the authenticity of all documents it may produce in discovery that were not generated by Defendants.  Further, Defendants may lack the knowledge sufficient to authenticate certain documents on any other basis under the TEXAS RULES OF EVIDENCE.  Defendants will work with Plaintiff to reach an agreement, if appropriate, regarding the authenticity of particular documents Plaintiff intends to offer during pre-trial proceedings or at trial if and when Plaintiff properly and specifically identifies such documents.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, P.C.

/s/Robert E. Freehill_____
Aaron Pool
SBN: 16115400
Robert E. Freehill
SBN: 24069023
3200 Southwest Freeway, Suite 2300
Houston, Texas  77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com
rfreehill@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS**
**DAVID R. DUNCAN AND**
**DENOS TRUCKING, LLC**

## <u>CERTIFICATE OF SERVICE</u>

**I hereby certify that, on the 16th day of May, 2017, a true and correct copy of the above and foregoing has been served by:**

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☐facsimile transmission; ☒electronic transmission on the following counsel:

<u>Plaintiff's Attorney:</u>
Brian L. Jensen
B.L. Jensen, L.P.
6750 West Loop South
Suite 800
Bellaire, Texas 77401
713.224.5500
713.665.6818 Facsimile
bjensen@bjensenlaw.com


/s/Robert E. Freehill_____
Aaron Pool / Robert Freehill

3

# 2017-08660

**COURT:** 080th

**FILED DATE:** 2/7/2017

**CASE TYPE:** Motor Vehicle Accident



### MILEYKOVSKAYA, EUGENIA

Attorney: JENSEN, BRIAN L.

### vs.

### DUNCAN, DAVID R

Attorney: POOL, AARON MARK

| Docket Sheet Entries | |
|---|---|
| Date | Comment |



**201708660 - MILEYKOVSKAYA, EUGENIA vs. DUNCAN, DAVID R (Court 080)**

Chronological   Print
History    All 
*(non-financial)*

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
|---|---|---|---|---|---|---|
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

\* Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.
You may print and save uncertified copies of documents from the preview window.

**Purchase Order**
 ( 0 documents )

**Print List**

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 75101925 | Defendants David R. Duncan and Denos Trucking, LLC's Objection to Plaintiff's Rule 193.7 Notice | | | 05/16/2017 | 3 | Add to Basket |
| 75094026 | Original Answer | | | 05/15/2017 | 4 | Add to Basket |
| -> 75094027 | Defendants' Request for Jury Trial | | | 05/15/2017 | 2 | Add to Basket |
| 75094026 | Original Answer | | | 05/15/2017 | 4 | Add to Basket |
| -> 75094027 | Defendants' Request for Jury Trial | | | 05/15/2017 | 2 | Add to Basket |
| 75033672 | Domestic Return Receipt | | | 05/09/2017 | 1 | Add to Basket |
| 75033673 | Domestic Return Receipt | | | 05/09/2017 | 1 | Add to Basket |
| 74827496 | Certified Mail Receipt | | | 04/25/2017 | 1 | Add to Basket |
| 74827497 | Certified Mail Receipt | | | 04/25/2017 | 1 | Add to Basket |
| 74817139 | Certified Mail Tracking Number 7015 3430 0000 0851 9350 | | | 04/18/2017 | 2 | Add to Basket |
| 74817141 | Certified Mail Tracking Number 7015 3430 0000 0851 9343 | | | 04/18/2017 | 2 | Add to Basket |
| 74638338 | Plaintiffs First Amended Petition | | | 04/11/2017 | 4 | Add to Basket |
| -> 74638339 | Civil Process Request | | | 04/11/2017 | 1 | Add to Basket |
| 73753025 | Plaintiff's Original Petition | | | 02/07/2017 | 4 | Add to Basket |
| -> 73753027 | Civil Case Information Sheet | | | 02/07/2017 | 1 | Add to Basket |

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|-----------|-------|--------------|-----------|------|-------|-----------------|
| -> 73753029 | Civil Process Request | | | 02/07/2017 | 1 | Add to Basket |

[WS5]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civ. A. No.: 4:17-cv-1531 |
| | § | |
| DAVID R. DUNCAN and | § | |
| DENOS TRUCKING, LLC | § | |
| | § | |
| *Defendants.* | § | |

---

**LIST OF COUNSEL**

---

Pursuant to Local Rule 81, listed below are all counsel of record:

Aaron M. Pool
Texas Bar No.: 16115400
S.D. Tex. Bar No.: 12920
*Attorney-in-Charge*

Robert E. Freehill
Texas Bar No.: 24069023
S.D. Tex. Bar No.: 1839921

**Donato, Minx, Brown & Pool, P.C.**
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: 713-877-1112
Facsimile: 713-877-1138
rfreehill@donatominxbrown.com
apool@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS
DAVID R. DUNCAN AND DENOS
TRUCKING, LLC**

Brian L. Jensen
Texas Bar No.: 10643600

**B.L. Jensen, L.P.**
6750 West Loop South, Ste 800
Bellaire, TX 77401
Phone: 713-224-5500
Facsimile: 713-665-6818
bjensen@bjensenlaw.com

**ATTORNEY FOR PLAINTIFF
EUGENIA MILEYKOVSKAYA**