UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-01531 |
| | § | |
| DAVID R DUNCAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending in the above-referenced cause is Plaintiff's Motion to Remand the case to the 80th District Court of Harris County (Document No. 4) and Defendants' Response to Plaintiff's Motion to Remand (Document No. 7). On January 10, 2018, the Magistrate Judge issued her Memorandum and Recommendation (M&R) recommending that Plaintiff's Motion to Remand be denied. Document No. 14. Plaintiff filed no objections to the Magistrate Judge's M&R, and upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

ORDERS that the Memorandum and Recommendation (Document No. 14) is ADOPTED. Plaintiff's Motion to Remand (Document No. 4) is DENIED.

SIGNED at Houston, Texas, this 1st day of March, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE