IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENIA MILEYKOVSKAYA<br>    *Plaintiff,*<br><br>v.<br><br>DAVID R. DUNCAN and DENOS<br>TRUCKING, LLC<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:17-cv-1531 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Eugenia Mileykovskaya, and Defendants David R. Duncan and Denos Trucking, LLC, by and through their respective counsel, notify the Court this matter has been resolved and jointly stipulate to the dismissal of this action with prejudice, thereby concluding this matter in its entirety with each party bearing its own attorneys' fees and costs.

SO, STIPULATED this 29th day of May, 2018.

Respectfully submitted,

/s/ Brian L. Jensen
Brian L. Jensen
Texas Bar No.:10643600
Federal Bar No.:3099
B.L. Jensen, L.P.
6750 West Loop South, Suite 800
Bellaire, TX 77401
713-224-5500
713-665-6818 Fax
bjensen@bjensenlaw.com

**Attorney-in-Charge for Plaintiff**

**Of Counsel:**
B.L. Jensen, L.P.
6750 West Loop South, Suite 800
Bellaire, TX 77401
713-224-5500
713-665-6818 Fax
bjensen@bjensenlaw.com

*and*

/s/ Aaron Pool_____
Aaron Pool
Texas Bar. No: 16115400
Federal Bar No.: 12920
Donato, Minx, Brown & Pool, P.C.
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: 713-877-1112
Facsimile: 713-877-1138
apool@donatominxbrown.com

**Attorney-in-Charge for Defendant**

**Of Counsel:**
Donato, Minx, Brown & Pool, P.C.
Robert E. Freehill
Texas Bar No.: 24069023
S.D. Tex. Bar No.: 1839921
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: 713-877-1112
Facsimile: 713-877-1138
rfreehill@donatominxbrown.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure via the U.S. District Court ECF filing system on May 29, 2018.

**Via CM/ECF:**
Brian L. Jensen
B.L. Jensen, L.P.
6750 West Loop South, Suite 800
Bellaire, TX 77401
bjensen@bjensenlaw.com

/s/ Aaron Pool
Aaron Pool / Robert E. Freehill