United States District Court
Southern District of Texas
**ENTERED**
June 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENIA  MILEYKOVSKAYA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1531 |
| | § | |
| DAVID R DUNCAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on May 29, 2018 (Doc. 16) this case is DISMISSED with prejudice pursuant to Federal Rule of  Civil Procedure 41.

SIGNED at Houston, Texas, this 1st day of June, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE